# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ARTHUR GREEN, *et al.* | )<br>)<br>) |
| Relators, | ) CASE NO.: 1:14-CV-01654 |
| v. | )<br>) |
| | ) JUDGE POLSTER |
| THE UNIVERSITY OF PHOENIX, INC. | ) MAGISTRATE JUDGE GREENBERG |
| | ) |
| Defendant. | ) |

## JOINT STATUS REPORT

In accordance with the Court's direction as memorialized in the docket entry dated April 3, 2019, the parties exchanged settlement offers on April 10, 2019 and April 17, 2019, respectively. Subsequently, lead counsel for the parties convened a call to discuss the offers, the case, and possible settlement structures. While those discussions did not result in an agreement on terms to resolve this action, counsel believe the discussions clarified the issues for the settlement conference on April 29, 2019.

| | |
|---|---|
| **DATED: April 25, 2019** | Respectfully Submitted, |
| | |
| */s/Warner Mendenhall* | */s/Jared Slade* |
| Jesse L. Hoyer (admitted *pro hac vice*) | Robert G. Cohen |
| JAMES HOYER, P.A. | Ohio State Bar No. 0041707 |
| 2801 W. Busch. Blvd. | rcohen@keglerbrown.com |
| Ste. 200 | **KEGLER, BROWN, HILL & RITTER** |
| Tampa, FL 33618 | Capital Square, Suite 1800 |
| (813) 375-3700 | 65 East State Street |
| jlhoyer@jameshoyer.com | Columbus, Ohio  43125 |
| | (614) 462-5400 – Telephone |
| Warner Mendenhall | (614) 464-2634 – Facsimile |
| Ohio State Bar No. 0070165 | |
| Logan Trombley | William R. Mitchelson, Jr. (admitted *pro hac vice*) |
| Ohio State Bar No. 0096858 | Georgia State Bar No. 513811 |
| 190 North Union Street, Suite 201 | Mitch.Mitchelson@alston.com |
| Akron, OH  44304 | **ALSTON & BIRD LLP** |
| (330) 535-9160 – Telephone | 1201 West Peachtree Street |
| (330) 762-9743 – Facsimile | Atlanta, Georgia 30309 |
| warnerl@warnermendenhall.com | (404) 881-7000 – Telephone |
| logan@warnermendenhall.com | (404) 881-7777 – Facsimile |
| | |
| **ATTORNEY FOR RELATORS** | Jared M. Slade (admitted *pro hac vice*) |
| | Texas State Bar No. 24060618 |
| | jared.slade@alston.com |
| | **ALSTON & BIRD LLP** |
| | 2200 Ross Ave., Ste. 2300 |
| | Dallas, Texas 75201 |
| | (214) 922-3400 – Telephone |
| | (214) 922-3884 – Facsimile |
| | |
| | **ATTORNEYS FOR DEFENDANT** |