UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FILED**
APR 29 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel, ) | Case No. 1:14-CV-1654 |
| Plaintiff, ) | |
| ) | Judge Dan Aaron Polster |
| vs. ) | **STIPULATED DISMISSAL ENTRY** |
| ) | |
| THE UNIVERSITY OF PHOENIX, INC., ) | |
| Defendant. ) | |

The Court held a Settlement Conference on April 29, 2019, at which time the Court mediated a settlement. Accordingly, we, the attorneys for the respective parties, do hereby stipulate that the above-captioned case is settled and dismissed with prejudice as to Relators Michelle Lee and Arthur Green, and is dismissed without prejudice as to the United States of America, each party to pay its own costs.

The Court retains jurisdiction to ensure that the settlement agreement is executed.

_____
Attorneys for Plaintiff

_____
Attorneys for Defendant

**IT IS SO ORDERED.**

_____  4/29/2019
**Dan Aaron Polster**              Date
**United States District Judge**